UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., : | |
| : | Case No.: 3:12-cv-01208 (SRU) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PURDUE PHARMA L.P., PURDUE : | |
| PHARMA INC., PURDUE PRODUCTS : | |
| L.P., THE PEER GROUP, INC. and : | |
| JOHN DOES 1-10, : | |
| : | |
| Defendants. : | |

**NOTICE OF SUGGESTION OF BANKRUPTCY**
**AND AUTOMATIC STAY OF PROCEEDINGS**

PLEASE BE ADVISED that voluntary petitions for relief (the "Bankruptcy Petitions") under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Code") were filed by Purdue Pharma L.P. and its affiliated debtors (collectively, the "Debtors" [1]) on September 15, 2019 (the "Petition Date"), in the United States Bankruptcy Court for the Southern District of New York, in White Plains, New York (the "Bankruptcy Court"). Purdue Pharma L.P.'s case is docketed as *In re*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140) (f/k/a Purdue Products, L.P.), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Purdue Pharma L.P.*, No. 19-23649.  A copy of the petition filed by Purdue Pharma L.P. is attached hereto as **Exhibit A** and is incorporated herein by reference.  A motion for joint administration of the Bankruptcy Petitions is pending in the Bankruptcy Court.

PLEASE BE FURTHER ADVISED that pursuant to Bankruptcy Code sections 1107(a) and 1108, the Debtors continue to manage their property as debtors-in-possession.

PLEASE BE FURTHER ADVISED that, pursuant to Section 362(a) of the Bankruptcy Code, the filing of a bankruptcy petition operates as a stay of, among other things, the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the Petition Date, or to recover a claim against the Debtors that arose before the Petition Date, and any act to obtain possession of property of the Debtors' estate or of property from the Debtors' estate or to exercise control over property of the Debtors' estate.  Any action taken against the Debtors or their property, or exercising control of a property of the Debtors, including, without limitation, pursuing causes of action that are property of the Debtors' estate, without obtaining the necessary relief from the automatic stay from the Bankruptcy Court is void *ab initio* and may be subject to findings of contempt and the assessment of penalties and fines.  The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any action by Plaintiff(s) or any judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any party has any question regarding the Bankruptcy Petitions, please contact proposed counsel for the Debtors:

                DAVIS POLK & WARDWELL LLP
                Marshall S. Huebner
                Benjamin S. Kaminetzky
                Timothy Graulich
                Eli J. Vonnegut
                450 Lexington Avenue
                New York, New York 10017
                Telephone: (212) 450-4000
                Facsimile: (212) 701-5800

Dated: September 202019

                Respectfully submitted,

                */s/ Kim E. Rinehart*
                Kim E. Rinehart (ct24427)
                WIGGIN AND DANA LLP
                One Century Tower
                P.O. Box 1832
                New Haven, CT 06508-1832
                (203) 498-4400
                (203) 782-2889 fax
                krinehart@wiggin.com

                *Counsel for Defendants Purdue Pharma LP, Purdue Pharma Inc., and Purdue Products LP (now known as Avrio Health L.P.)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, the foregoing was filed electronically using the CM/ECF system which will send notification of such filing to all counsel of record who are able to receive such electronic notifications and mailed to anyone not able to receive such electronic notifications.

>*/s/ Kim E. Rinehart*
>Kim E. Rinehart

22385\8\4815-7984-7846.v1